UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEN ZHANUZAKOV, Petitioner, v. WARDEN, DESERT VIEW ANNEX et al, Respondents. | Case No. 5:26-cv-04199-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Habeas Corpus and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to immediately release Petitioner **Shaken Zhanuzako (A# 202-025-468)** from custody subject only to the conditions of his prior Order of Supervision and return all property taken from Petitioner during his arrest and processing into detention. Respondents are **ORDERED** not to re-detain Petitioner without first following all procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and any other applicable statutory and regulatory procedures, and the Due Process Clause of the Fifth Amendment. Respondents are **ORDERED** not to re-detain Petitioner without first providing Petitioner notice and a pre-deprivation hearing before a neutral adjudicator where the government must bear the burden of proof by clear and convincing evidence that Petitioner's re-detention is justified based

on changed circumstances and that Petitioner is a flight risk or a danger to the community such that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community

Dated: August 26, 2026



MARGO A. ROCCONI
United States Magistrate Judge